THE LAW OFFICES OF
# SCOTT A. KORENBAUM
11 Park Place, Suite 914
New York, New York 10007
Tel: (212) 587-0018   Fax: (212) 658-9480

April 1, 2015

BY ECF

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   Howrilka v. City of New York, et al.
            15 CV 1113 (KAM) (RER)

Dear Sir or Madam:

    I represent plaintiff Lydia Howrilka. I write to request that I receive a refund of $400 because my American Express card was charged twice when I opened the above-referenced matter via ECF on March 4, 2015.

    I commenced the above-referenced action via ECF, paying on line with my American Express card. I recently received my AMEX statement, and when I looked at it I noticed two $400 charges for the same event on March 4, 2015, even though I only started one lawsuit on March 4th. In connection with this request, I enclose the pay.gov Payment Confirmations that I received on March 4th. As you can see, there are two $400 payments bearing different Agency Tracking IDs (02707-7564020; 02707-7564005).

    For the above stated reasons, I request that I receive a $400 refund. Thank you for your consideration of this request.

                              Respectfully submitted,

                              Scott A. Korenbaum

SAK:sak
Enclosures

| XFINITY Connect | S.KORENBAUM@comcast.net |
|---|---|
| | + Font Size - |

## Pay.gov Payment Confirmation: NYED CM ECF

**From :** paygovadmin@mail.doc.twai.gov      Wed, Mar 04, 2015 10:27 AM
**Subject :** Pay.gov Payment Confirmation: NYED CM ECF
**To :** s korenbaum <s.korenbaum@comcast.net>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 25K4P15T
Agency Tracking ID: 0207-7564005
Transaction Type: Sale
Transaction Date: Mar 4, 2015 10:27:28 AM

Account Holder Name: Scott Korenbaum
Transaction Amount: $400.00
Billing Address: 11 Park Place
Billing Address 2: Suite 914
City: New York
State/Province: NY
Zip/Postal Code: 10007
Country: USA
Card Type: AmericanExpress
Card Number: ************4003

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**XFINITY Connect**                                                  **S.KORENBAUM@comcast.net**

\+ Font Size -

## Pay.gov Payment Confirmation: NYED CM ECF

**From :** paygovadmin@mail.doc.twai.gov                              Wed, Mar 04, 2015 10:36 AM
**Subject :** Pay.gov Payment Confirmation: NYED CM ECF
**To :** s korenbaum <s.korenbaum@comcast.net>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.

Application Name: NYED CM ECF
Pay.gov Tracking ID: 25K4P3FS
Agency Tracking ID: 0207-7564020
Transaction Type: Sale
Transaction Date: Mar 4, 2015 10:36:23 AM

Account Holder Name: Scott Korenbaum
Transaction Amount: $400.00
Billing Address: 11 Park Place
Billing Address 2: Suite 914
City: New York
State/Province: NY
Zip/Postal Code: 10007
Country: USA
Card Type: AmericanExpress
Card Number: ************4003

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.