THE LAW OFFICES OF
# SCOTT A. KORENBAUM
11 Park Place, Suite 914
New York, New York 10007
Tel: (212) 587-0018     Fax: (212) 658-9480

November 6, 2015

BY ECF

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, NY 11201

   Re: Howrilka v. City of New York, et al.
      15 CV1113 (KAM) (RER)

Dear Magistrate Judge Reyes:

 I represent plaintiff Lydia Howrilka. I write to request an adjournment of the November 9, 2015, status conference. I make this request because I am starting trial on Monday, before Magistrate Judge Judith C. McCarthy, in the matter of *Donghia v. Reyes, et al.*, 13 Civ. 2209 (JCM), pending in the Southern District of New York. I apologize for the tardy request, but I have been preoccupied preparing for trial.

 When the Court considers dates to reschedule the conference, I note that my trial should be concluded by November 17th.

 Thank you for your consideration of this matter.

               Respectfully submitted,

               /s

               Scott A. Korenbaum

SAK:sak

cc: Defense Counsel (by ECF)