

**Timothy Parlatore, Esq.**
Partner

445 Park Avenue
Ninth Floor
New York, New York 10022

Direct:  (212) 679-6312
Fax:     (212) 202-4787

Timothy.Parlatore@fisherbroyles.com

December 6, 2016

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: Howrilka v. City of New York, 15-cv-1113(KAM)(RER)

Dear Magistrate Reyes:

      I represent Arisleyda Urena, one of the defendants in the above referenced matter, and am writing to respectfully request additional time to hopefully resolve this matter.

      I have submitted a draft settlement agreement to Plaintiff's counsel on November 17, 2016, which he has been reviewing with his client.  I am hopeful that we will still be able to settle the case, however we are currently stalled over whether Plaintiff will agree to take the necessary steps to remove the numerous derogatory blog posts that she had posted on the internet about my client.  These posts form the basis of my client's counterclaims against Plaintiff and she understandably would like them taken down.

      I am continuing to discuss the matter with Mr. Korenbaum and respectfully request an additional week to see if an agreement can be reached.

      Respectfully submitted,

      Timothy C. Parlatore, Esq.