UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LYDIA HOWRILKA,

                             Plaintiff,

-against-

CITY OF NEW YORK, P.O. LAWRENCE BOSCH, Shield No. Unknown, Tax Registry No. 933652, JOHN DOES 1 and 2, Shield Nos. Unknown, Tax Registry Nos. Unknown, ARISLEYDA URENA,

                             Defendants.

------------------------------------------------------------------------x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)**

15-CV-1113 (KAM) (RER)

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims arising out of the events alleged in the COMPLAINT in this matter that were asserted, or could have been asserted, on behalf of plaintiff LYDIA HOWRILKA against defendants ARISLEYDA URENA, LAWRENCE BOSCH, and/or THE CITY OF NEW YORK including its successors and assignees, and all past and present officials, employees, representatives and agents of the City, are hereby dismissed and discontinued **with prejudice**, and without costs or attorneys' fees to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims asserted on behalf of counter-plaintiff AIRSLEYDA URENA in her ANSWER AND

COUNTERCLAIM against counter-defendant LYDIA HOWRILKA, are hereby also dismissed and discontinued **<u>with prejudice</u>**, and without costs or attorneys' fees to any party.

Dated: January 6, 2017
      New York, New York

SCOTT A. KORENBAUM, ESQ.
*Counsel for Plaintiff*
11 Park Place, Suite 914
New York, New York 10007

By: /s/ SCOTT A. KORENBAUM

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Counsel for Defendants City and Bosch*
100 Church Street, Room 3-178
New York, New York 10007

By: /s/ TOBIAS E. ZIMMERMAN

TIMOTHY C. PARALTORE, ESQ.
*Counsel for Defendant Urena*
260 Madison Ave., 22nd Floor
New York, New York 10016

By: /s/ TIMOTHY C. PARALTORE

SO ORDERED;

S/ KAM
_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT COURT JUDGE

Dated: 1/9/16